UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THERESA GARNER,

    Plaintiff,

v.

UNITED STATES, STATE OF ARIZONA,
STATE OF OHIO, STATE OF WISCONSIN,
DEPARTMENT OF DEFENSE,
PATRICK M. SHANAHAN, DEPARTMENT OF LABOR,
BUREAU OF LABOR STATISTICS, EUGENE SCALIA,
DEPARTMENT OF COMMERCE, BUREAU OF THE CENSUS,
WILBUR ROSS, LODGEPROS BUCKEYE LLC, CLERK 1 AND CLERK 2,
MRS. EDUARDO CRUZ, HOLIDAY HOSPITALITY FRANCHISING LLC,
INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.,
CITY OF BUCKEYE, LARRY HALL, LT. KELLY ANGEL,
DAVID GRANNIS, EDUARDO CRUZ, ADRIAN MORRISON,
ROBERT SANDERS, JASON WEEKS,
FEDERAL BUREAU OF INVESTIGATION, FBI AGENT SCHAFER,
PAUL E. KNOST, LAURA DON, BRUCE SOLOMON,
ANN E. HARWOOD, MARK THOMAS D'ALESSANDRO,
PETER LANTKA, MICHAEL DONOVAN, NICHELLE JACKSON,
MICHAEL SUNDBERG, HALE JENKINS, PATRICK PAULY,
MICHAEL LEON GREENE, JOHN DOES 1-10, and JANE DOES 1-10,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-147-pp

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** because it violates the Federal Rules of Civil Procedure and for failure to state a claim for which a federal court can grant relief.

    **THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 13th day of October, 2020.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk